THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL E. SORRELL, Appellant.— Motion granted to the extent of permitting appellant to submit a pro se brief on or before October 15, 1970, and otherwise the motion is denied. (See *People* v. *Wood*, 35 A D 2d 687.)

In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. THOMAS TOGIAS et al., Respondents.— Motion to enforce order of the State Commissioner of Human Rights granted.